Nehemiah ROBINSON, Plaintiff—Appellant,

v.

T. CATLETT, Sergeant; et al., Defendants—Appellees.

No. 10–56885.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 29, 2012.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

vening change in controlling law, clear error, or manifest injustice. *See id.* at 807–08 (setting forth grounds justifying reconsideration).

Robinson's remaining contentions are unpersuasive.

**AFFIRMED.**

.Nehemiah Robinson, Corcoran, CA, pro se.

Misha Igra, Esquire, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, Sylvie Snyder, Esquire, Deputy Assistant Attorney General, AGCA–Office of the California Attorney General, San Diego, CA, for Defendants–Appellees.

Before: FERNANDEZ, McKEOWN, AND BYBEE, Circuit Judges.

### MEMORANDUM **

California state prisoner Nehemiah Robinson appeals pro se from the district court's order denying his motion for reconsideration in his 42 U.S.C. § 1983 action alleging that defendants delayed assigning him to a lower bunk, confiscated his cane, denied him pain medication, and retaliated against him. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Nunes v. Ashcroft*, 375 F.3d 805, 807 (9th Cir.2004), and we affirm.

The district court did not abuse its discretion in denying Robinson's post-judgment motion because Robinson failed to show any newly discovered evidence, inter-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.